IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LOUIS GREENLEY,                        :

      Petitioner                     :

                                         :

      vs.                            CIVIL NO. 1:CV-10-1018

                                         :

GERALD ROZUM,                          :

      Respondent                     :

*O R D E R*

        AND NOW, this 1st day of December, 2010, upon consideration of the report (doc. 19) of the magistrate judge, filed October 29, 2009, to which no objections were filed, and upon independent review of the record, it is ordered that:

      1.  The magistrate judge's report is adopted.

      2.  Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (doc. 1) is denied.

      3.  A certificate of appealability is denied based on the analysis given in the magistrate judge's report.

      4.  The Clerk of Court shall close this file.

                            /s/William W. Caldwell
                            William W. Caldwell
                            United States District Judge